# EXHIBIT INDEX

## Motion for Emergency Temporary Restraining Order and Preliminary Injunction

*Arizona Student Doe #2*

*v.*

*Donald J. Trump, et al.*

| Exhibit No. | Description |
|:---:|---|
| A | Letter to AUSA Melissa Kroeger from Matthew Green, April 14, 2025 |
| B | Declaration of Matthew Green, April 14, 2025 |
| C | Redacted Declaration of Plaintiff, April 14, 2025 |
| D | Redacted Email from U.S. Consulate to Plaintiff, April 9, 2025 |