**GREEN EVANS-SCHROEDER, PLLC**
Matthew H. Green (AZ Bar No. 020827)
Jesse Evans-Schroeder (AZ Bar No. 027434)
130 West Cushing Street
Tel.: (520) 639-7288
Fax: (520) 882-8843
Email: matt@arizonaimmigration.net

*Attorneys for Plaintiff*
Student Doe #2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #2,<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | Case No. CV25-00175-AMM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER/ORDER NOT TO DETAIN**<br><br><u>Request for Declaratory and Injunctive Relief</u> |

Upon consideration of Plaintiff's Motion to Proceed Under Pseudonym, the Supplement thereto, and Plaintiff's Motion for Protective Order/Order Not to Detain, and

Proposed Order Granting Plaintiff's
Motion to Proceed Under Pseudonym
And Protective Order/Order Not to Detain

good cause appearing therefore, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

    1.    Plaintiff shall thereafter be identified in this action by the pseudonym "Student Doe #2".

    2.    Any materials filed with the Court that contain Plaintiff's name or any identifying information must be redacted and/or filed under seal.

    3.    Counsel for Plaintiff shall disclose Plaintiff's identity to counsel for Defendants. Counsel for Defendants may only further disclose Plaintiff's name or related personal information to individuals directly involved in the litigation who agree to be bound by this Order, and only as reasonably necessary for the litigation (including to comply with any orders of the Court). Such information may not be used for any purpose outside of this litigation, including for enforcement or removal.

    4.    Defendants are enjoined from detaining Plaintiff during the pendency of this litigation or until further order of this Court.

IT IS SO ORDERED.

Dated: _____, 2025

                                              _____
                                              Honorable Angela M. Martinez
                                              United States District Judge