**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** Angela M. Martinez | **Date:** April 29, 2025 |
| **Case Number:** CV-25-00175-TUC-AMM | |
| Arizona Student DOE #2 v. Trump et al | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Matthew Harrison Green | Robert Fellrath |
| | Jesse Evans-Schroeder | |

**Motion Hearing regarding:** Motion for Temporary Restraining Order

Plaintiff counsel waives his client's presence for the purposes of this hearing.

Plaintiff Counsel, Matthew Green, informs the Court that at approximately 8:26 a.m. on April 28, 2025, Plaintiff received a screenshot indicating that his SEVIS account appears as active. Mr. Green requests the Court extend the Temporary Restraining Order for an additional 14 days. Defense counsel states their objection.

The Court states its findings on the record and grants an extension of the Temporary Restraining Order (Doc. 7) for good cause until May 13, 2025. The Court ordered Plaintiff to disclose his identity to Defendants subject to a protective order, which Plaintiff did in open court. The Court further granted Plaintiff's Motion to Proceed Under Pseudonym. (Doc. 3.) As to Plaintiff's Supplement to Motion to Proceed Under Pseudonym and Motion for Protective Order/Order Not to Detain (Doc. 8), the Court granted in part, by allowing Plaintiff to proceed under a pseudonym, but it denied as moot Plaintiff's request for an order not to detain.

Motion to Transfer (Doc. 12) is taken UNDER ADVISEMENT.

Defendant shall supplement their response to Plaintiff's Motion to Transfer no later than noon on Friday May 2, 2025.

A written Order regarding a supplemental briefing schedule will follow.

| | |
|---|---|
| Deputy Clerk: Tiffany Dame | Motion Hearing: 32 minutes |
| Court Reporter: Cindy Shearman | |
| | Start: 10:03am |
| | Stop: 10:35am |