TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MICHAEL L. LINTON
Assistant U.S. Attorney
State Bar No. 024729
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
E-Mail: Michael.Linton@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THR DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party, | CV-25-00175-TUC-AMM |
| Plaintiff, | **DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION TO TRANSFER** |
| v. | |
| Donald J. Trump, et al., | |
| Defendants. | |

    Undersigned counsel, specially appearing on behalf of the named defendants in their official capacity, supplement their response in opposition to Plaintiff's Motion to Transfer (Doc. 13). The Court ordered Defendants to supplement their previous response (*id.*) upon receipt of Plaintiff's identifying information. (*See* Doc. 15.) Defendants have since ascertained Plaintiff's identity. *See* Declaration of Andre Watson, dated May 1, 2025, attached hereto as Exhibit A.

    Defendants previously objected to the transfer of this case on the grounds that they were unaware of Plaintiff's identity. (Doc. 13). Defendants now withdraw their objection to the transfer. Defendants maintain their objection to Plaintiff's request for injunctive relief. The Court's Order states that it will separately set a briefing schedule for Defendants to supplement their response to Plaintiff's Motion for Temporary Restraining Order and Request for Preliminary Injunction. (*See* Doc. 15.) Defendants intend to supplement that response in compliance with the Court's briefing schedule.

1  Respectfully submitted this 1st day of May, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Michael L. Linton*
MICHAEL L. LINTON
Assistant U.S. Attorney
*Attorneys for Defendants*