IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Student DOE #2, | No. CV-25-00175-TUC-AMM |
| Plaintiff, | **ORDER** |
| v. | |
| Donald J Trump, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Transfer. (Doc. 12.) Plaintiff seeks to transfer the above-captioned matter to the Honorable Chief Judge Jennifer G. Zipps pursuant to Local Rule of Civil Procedure ("LRCiv") 42.1. (*Id.*) Plaintiff asserts that transfer would promote judicial economy because Chief Judge Zipps currently has two pending matters (*Arizona Student Doe #1 v. Trump et al.*, CV-25-174-TUC-JGZ and *Arizona Students Doe #3 et al. v. Trump et al.*, CV-25-183-TUC-JGZ) that involve substantially the same parties and call for a determination of substantially the same questions of law. (*Id.*) Defendants do not oppose transfer. (Doc. 18 at 1.)

The Court has reviewed the motion and considered the pending matters. It finds that transfer is appropriate under LRCiv 42.1(a) and (e).[1]

///

///

---

[1] The Court notes that this Motion to Transfer is not in compliance with LRCiv 42.1(b) because it was not filed in the lowest case number assigned to a District Judge. However, due to the time sensitive nature of this case and with the transferee judge's consent, this Court will rule on the motion.

On May 1, 2025, the Court issued an Order (Doc. 19) setting the following deadlines in the above-captioned matter:

(1) Defendants shall file supplemental briefing to Plaintiff's Motion for Preliminary Injunction by **5:00 p.m. on May 5, 2025**.

(2) Plaintiff shall file a supplemental reply to his Motion for Preliminary Injunction by **May 8, 2025**.

(3) The parties shall meet and confer by **May 7, 2025** to discuss and prepare a joint pre-hearing statement that shall be filed no later than **May 9, 2025**.

(4) The parties shall provide a Notice to Court Reporter no later than **May 12, 2025**.

(5) A hearing on the Motion for Preliminary Injunction is set for **May 13, 2025 at 10:00 a.m.**

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Transfer is **GRANTED**. (Doc. 12.) **The deadlines previously set by this Court (Doc. 19) remain in effect until further order of the Court.**

**IT IS FURTHER ORDERED** that CV-25-175-TUC-AMM be **TRANSFERRED** to Chief Judge Zipps and shall hereafter reflect the case number CV-25-175-TUC-JGZ.

**IT IS FURTHER ORDERED** that, pursuant to LRCiv 42.1(e), the Clerk of Court shall transmit a copy of this Order to Chief Judge Zipps.

Dated this 2nd day of May, 2025.

_____
Honorable Angela M. Martinez
United States District Judge