District Judge's Civil Minutes
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

**Chief U.S. District Judge:** Jennifer G. Zipps         **Date:** May 5, 2025

**Case Numbers**: 25-CV-174-JGZ Doe #1 v. Donald J. Trump et al, 25-CV-175-JGZ Doe #2 v. Donald J. Trump et al, 25-CV-183-JGZ Doe #3 v. Donald J. Trump et al

**APPEARANCES:** Plaintiff(s) Counsel:      Defendant(s) Counsel:
Matthew Harrison Green                      Michael Louis Linton (USA)
Jesse Evans-Schroeder                       Denise Faulk (USA)

**Status Conference re Temporary Restraining Orders:** The Court advises the cases have all been transferred to this Court, and discussion is held regarding the various deadlines in each case. Mr. Green advises that the parties are finalizing a joint statement to provide briefing in preparation for a preliminary injunction. Mr. Green provides background information to the Court to support his request for briefing schedule. Defense does not object.
The Court adopts the proposed briefing schedule and orders that the defense response is due May 16, 2025, and shall not exceed 30 pages. The plaintiff's reply is due May 23, 2025, and is capped at 20 pages, if more pages required, the plaintiff shall make that request in advance so that the Court can consider it. It is ordered that the joint pre-hearing statement is due May 30, 2025. After receiving the joint statement, the Court will set a preliminary injunction hearing.
Mr. Green raises concerns regarding the Court's order in CV25-175 (Doc. [22]) and requests the Court adopt language as provided for reference in the pending case in Georgia. The Court reviews the pleading. The defense requests time to brief the matter before responding. The Court finds that the order issued in CV25-175 doc. [22] provides relief as requested. Should the defense require a modification, the parties shall notify the Court by May 6, 2025, at 5:00 p.m. The Court asks that the response by the defense address who the appropriate defendant is in this case.
Mr. Green further informs the Court of additional cases to be filed and potential for national preliminary injunction. The Court ask the government to address in its filing, what effect if any, entry of a national preliminary injunction would have on the litigation of these cases. If other cases are filed, a notice of related case should be entered for reasons as stated on the record.
A formal order will be issued.

Thereafter, in case CV25-183-JGZ the hearing scheduled for 5/6/2025 is vacated

Deputy Clerk: Allison Siquieros
Court Reporter: Anni Bryan
Status Conference: 49 minutes
Start:10:04 a.m.
Stop: 10:53 a.m.