1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THR DISTRICT OF ARIZONA**

10

Arizona Student Doe #1, et al.,

11

Plaintiffs,

12

v.

13

Donald J. Trump, et al.,

14

Defendants.

15

**CV-25-00174-TUC-JGZ**
**CV-25-00175-TUC-JGZ**
**CV-25-00183-TUC-JGZ**

**ORDER**

16

The parties' Stipulation to Continue Status Conference (CV-25-00174, Doc. 33;

17

CV-25-00175, Doc. 31; and CV-25-00183, Doc. 23) is before the Court, and for good

18

cause appearing,

19

**IT IS ORDERED** that the Stipulation to Continue Status Conference is

20

**GRANTED.**

21

**IT IS FURTHER ORDERED** that the hearing date set in the Court's prior orders

22

of June 5, 2025 (CV-25-00174, Doc. 32; CV-25-00175, Doc. 30; CV-25-00183, Doc.

23

22), is vacated.

24

**IT IS FURTHER ORDERED** setting a status conference on _____, 2025,

25

at _____ am/pm.

26

27

28