**IN THE UNITED STATES DISTRICT COURT**

**FOR THR DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Student DOE #1, et al., | CV-25-00174-TUC-JGZ <br> CV-25-00175-TUC-JGZ <br> CV-25-00183-TUC-JGZ |
| Plaintiffs, | |
| v. | **ORDER** |
| Donald J. Trump, et al., | |
| Defendants. | |

All Plaintiffs and Defendants Kristi Noem, in her official capacity as Secretary of U.S. Department of Homeland Security, and Todd M. Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement, having filed a Stipulation to Dismiss (CV-25-00174, Doc. 36; CV-25-00175, Doc. 34; and CV-25-00183, Doc. 26), and good cause appearing,

**IT IS ORDERED** that the Stipulation to Dismiss is **GRANTED.**

**IT IS FURTHER ORDERED** that the case is dismissed with prejudice, all parties to bear their own fees and costs.

**IT IS FURTHER ORDERED** that the status hearing currently set for Tuesday, July 15, 2025, at 2:00 p.m. is vacated.